IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **VERNEL TITUS and SUSAN TITUS,** § | | |
| **Plaintiffs,** § | | |
| § | | |
| v. § | Civil Case 3:18-CV-1680-D | |
| § | | |
| **ALONZO TISDALE,** § | | |
| **Defendant.** § | | |

## ORDER OF REMAND

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The undersigned district judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

It is therefore ordered that, because defendant failed to file a completed motion to proceed *in forma pauperis* or pay the filing fee, his motion to proceed *in forma pauperis* is denied, and this case is remanded to the 298th Judicial District Court of Dallas County, Texas.

Moreover, this case was not removable in the first place because defendant failed to establish diversity of citizenship or that a federal question was presented by plaintiffs' state-court petition as opposed to his own pleadings.

The clerk of the court shall effect the remand according to the usual procedure.

**SO ORDERED**.

October 3, 2018.

SIDNEY A. FITZWATER
SENIOR JUDGE